JS-6

LINK:

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIELLE LEON, an individual,<br>Plaintiff,<br>v.<br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation, and Does 1-20,<br>Defendants. | **Case No. CV 08-4201 GAF (Ex)**<br><br>JUDGMENT |

**JUDGMENT**

In accordance with the terms of the Court's prior memorandum and order regarding the parties' cross-motions for summary judgment (Docket No. 54.), the Court hereby **ENTERS JUDGMENT** as follows:

On the first cause of action, Plaintiff Danielle Leon is awarded judgment against Defendant Principal Life Insurance Company.

//

//

//

//

The Court directs the plan administrator of Leon's ERISA long term disability plan to provide her with all benefits owed to her, pursuant to the terms and conditions of the plan.

DATED: September 22, 2010

Judge Gary Allen Feess
United States District Court